**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 07-6864**

————————————

JOHN D. SIMPSON,

                              Plaintiff - Appellant,

        versus

HELEN F. FAHEY, Chairperson of the Virginia
Parole Board; DAVID N. HARKER, Vice-Chairman,
Virginia Parole Board; CAROL A. SIEVERS,
Member of the Virginia Parole Board; HERBERT
V. COULTON, Member of the Virginia Parole
Board; MICHAEL M. HAWES, Member of the
Virginia Parole Board; THURGOOD MARSHALL,
Director, Public Safety; ROBERT P. CROUCH,
JR., Deputy Secretary of Public Safety; GENE
M. JOHNSON, Director, Virginia Department of
Corrections; JOHN JABE, Deputy Director,
Virginia Department of Corrections; JAMES O.
YOUNT, Probation and Parole Officer; DORIS L.
EWING, Senior Manager Court and Legal
Services, Virginia Department of Corrections;
JIM SISK, Manager, Classification Court and
Legal Unit, Virginia Department of
Corrections; GARY BASS, Chief of Operations,
Classification and Record, Virginia Department
of Corrections; WILLIAM P. ROGERS, Regional
Director, Virginia Department of Corrections;
ALTON BASKERVILLE, Warden, Powhatan
Correctional Center; TOM NEUMAYER, Assistant
Warden of Programs, Powhatan Correctional
Center; J. JACOBS, Institutional Counselor,
Powhatan Correctional Center, in their
Official and Individual Capacities,

                              Defendants - Appellees.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:04-cv-00611-REP)

Submitted: January 31, 2008      Decided: February 19, 2008

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John D. Simpson, Appellant Pro Se. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. Simpson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and his motions filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Simpson v. Fahey</u>, No. 3:04-cv-00611-REP (E.D. Va. filed Mar. 28, 2006 & entered Mar. 29, 2006; Mar. 27, 2007; Apr. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>